NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE RELATED GROUP, (f/k/a The
Related Group of Florida), RELATED
FLORIDA, INC., TRG- FT. MYERS,
INC., and TRG OASIS (TOWER ONE),
LTD.,

   Petitioners,

         Case No. 2D18-16

v.

OASIS TOWER ONE CONDOMINIUM
ASSOC., INC.; WOLFBERG/ALVAREZ
AND PARTNERS, INC.; CHM
STRUCTURAL ENGINEERS, LLC;
BBL-FLORIDA, LLC; ACRES & SON
PLUMBING, INC.; ALLEN CONCRETE &
MASONRY, INC.; ADVANCE WATER
TECHNOLOGY, CORP.; C.L.W.
CONCRETE CONSTRUCTION, INC.;
CMC STEEL FABRICATORS D/B/A CMC
REBAR FLORIDA; COASTAL FIRE
PROTECTION, INC.; DISTINCTIVE
FINISHES, L.L.C.; IBA CONSULTANTS,
INC.; LOPEZ BROTHERS MASONRY,
INC.; MCW ACQUISITION, LLC D/B/A
METRO CAULKING & WATER
PROOFING; POWER DESIGN, INC.; RC
ALUMINUM INDUSTRIES, INC.;
SOUTHLAND FORMING, INC.; WEST
COAST FLORIDA ENTERPRISES, INC.
f/k/a WEST COAST ROOFING & WATER
PROOFING, INC.

   Respondents.

Opinion filed June 22, 2018.

Petition for Writ of Certiorari to the Circuit Court for Lee County; John E. Duryea, Judge.

Julissa Rodriguez, Michael Thomas, Christopher Barnett, Elliot H. Scherker, Bridgid F. Cech Samole, and Stephanie L. Varela of Greenberg Traurig, P.A., Miami, and David B. Haber and Lauren S. Fallick of Haber Slade, P.A., Miami, (withdrew after briefing), for Petitioners The Related Group (f/k/a The Related Group of Florida), Related Florida, Inc., TRG-Ft. Myers, Inc., and TRG Oasis (Tower One), Ltd.

Jason R. Moyer and Hannah M. Tyson of Moyer Law Group, St. Petersburg, for Petitioner TRG Oasis (Tower One), Ltd.

Stacy D. Blank and Patrick M. Chidnese of Holland & Knight LLP for Respondent Oasis Tower One Condominium Association, Inc.

No appearance for remaining Respondents.


PER CURIAM.


Denied.


NORTHCUTT, CRENSHAW, and SLEET, JJ., Concur.